IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ELBERT D. SMITH, II, | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CASE NO. 3:19-CV-2892-K-BK |
| | § | |
| CITY OF DALLAS, TEXAS, | § | |
| DEFENDANT. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. Objections were filed, and the Court has made a de novo review of those portions of the proposed findings, conclusions and recommendation to which objection was made. The objections are overruled and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant City of Dallas's Motion for Summary Judgment, Doc. 49, is **GRANTED**, and all of Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

SO ORDERED.

Signed August 11th, 2022.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE